[No. 30936-0-II.   Division Two.   September 28, 2004.]

A.E., *Appellant*, v. LINDA THOMAS, ET AL., *Respondents*.

*In the Matter of the Detention of* A.E.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-6-00971-7, H. Edward Haarmann, J. Pro Tem., entered October 2, 2003. *Dismissed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

[No. 31173-9-II.   Division Two.   September 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK RICHARD DUGGER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01282-1, Jill Johanson, J., entered November 19, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[Nos. 22440-6-III; 22483-0-III;     Division Three.   September 28, 2004.]
22441-4-III; 22484-8-III;
22442-2-III; 22485-6-III;
22443-1-III; 22486-4-III;
22444-9-III; 22487-2-III;
22445-7-III; 22488-1-III;
22446-5-III; 22489-9-III;
22447-3-III; 22482-1-III.

THE STATE OF WASHINGTON, *Respondent*, v. CASEY DEAN BECKHAM, *Appellant*.

*In the Matter of the Personal Restraint of* CASEY DEAN BECKHAM, *Petitioner*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 02-1-03067-1, 03-1-00083-4, 03-1-00084-2, 03-1-00922-0, 03-1-00923-8, 03-1-01319-7, 03-1-02203-0, and 02-1-03066-2; Gregory D. Sypolt, J., entered October 1, 2003, together with petitions for relief from personal restraint. Judgments *affirmed* and petitions *denied* by unpublished opinion per Brown, J., concurred in by Schultheis and Kurtz, JJ.